Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
Jacqueline D. DeWarr (State Bar No. 207265)
Email: jdewarr@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869
Attorneys for Defendant
SOUTHWEST AIRLINES CO.

-and-

Brett M. Murdock (State Bar No. 281816)
Email: brett@murdocklaw.com
1370 N. Brea Blvd., Suite 107
Fullerton, CA 92835-4125
Telephone: (714) 504-1581
Facsimile: (714) 582-2227
Attorney for Plaintiffs Monique
Duchetta and Vincent-Marco Duchetta

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE DUCHETTA, an individual; VINCENT-MARCO DUCHETTA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO., a Texas Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 5:21-cv-01435 SVW (SPx)<br><br>**STIPULATED REQUEST FOR ORDER CONTINUING TRIAL AND ALL RELATED DATES; AND SUPPORTING DECLARATIONS OF COUNSEL OF RECORD**<br><br>Complaint Filed: August 23, 2021<br>Trial Date: March 15, 2022 |

Defendant Southwest Airlines Co. (hereinafter, "Southwest"), by and through its attorneys of record, Victor Rane, and Plaintiffs Monique Duchetta and Vincent-Marco Duchetta (hereinafter "Plaintiffs"), hereby submit the following Stipulated request for an order continuing the March 15, 2022 Trial date, and all related dates. This Stipulated request is supported by the concurrently submitted declarations of Jacqueline D. DeWarr, counsel for Southwest Airlines Co., and

Brett M. Murdock, counsel for Plaintiffs, Monique Duchetta and Vincent-Marco Duchetta, regarding due diligence and good faith efforts to prepare this actions for the current Trial date of March 15, 2022, and the necessity of additional time due to unforeseen delays and scheduling complications beyond the immediate control of the parties.

I.  Factual and Procedural Background

This action arises out of an incident that occurred during boarding of a Southwest Airlines flight on February 20, 2021, from Tennessee to Phoenix. While boarding the flight, which had been previously cancelled and delayed due to weather. Plaintiff Monique Duchetta alleges that as a result of feeling rushed by repeated flight attendant announcements for passengers to quickly take their seats, her left foot was caught under a seat bracket, causing her leg to twist, resulting in a left ACL tear injury.

On or about August 23, 2021, Plaintiff Monique Duchetta filed a Complaint (Dkt 1) for injuries and damage against Southwest Airlines Co., alleging causes of action for negligence, negligent and intentional infliction of emotional distress, with her husband, Plaintiff Vincent-Marco Duchetta alleging a related claim for loss of consortium.

On September 17, 2021, Southwest Airlines Co. timely filed an Answer to the Complaint (Dkt 10).

On September 23, 2021, the Court issued an Order Setting Initial Status Conference on November 8, 2021 (Dkt 12).

Thereafter the parties diligently prepared for the initial status conference by meeting and conferring pursuant to FRCP, Rule 26f.  Although an draft joint case management report was prepared, ultimately the parties decided to not file a statement, in deference to the Court's September 23, 2021 Order, which specified that counsel are not required to file any documents, such as an Early Meeting Report or the Status Conference Report. Counsel were prepare to discuss the status

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone:  (310) 388-4849

of meet and confer efforts at the Initial Status Conference.

On November 3, 2021, the Court issued an Order vacating the Status Conference (Dkt 13) and a separate Civil Trial Preparation Order (Dkt 14) setting the following dates, and indicating that no additional scheduling order will issue:

Pretrial Conference: March 7, 2022

Jury Trial: March 15, 2022

As discussed in detail in the concurrently submitted declarations of counsel, the parties have worked diligently to comply with the Court's Civil Trial Preparation Order, including stipulating to a discovery plan, conducting written discovery, serving third party subpoenas, and completing the depositions of both plaintiffs as follows:

**Stipulated Discovery Plan**

| Event | Date |
| --- | --- |
| Initial Designation of Experts | 12/20/21* conditionally extended to 1/7/22 in the event the court denies the instant stipulated request for a continuance of the trial and all related dates |
| Designation of Rebuttal Experts | 1/14/22 |
| Fact Discovery Cutoff Date | 1/21/22 |
| Expert Discovery Cutoff Date | 1/21/22 |
| Deadline to file dispositive motions | 1/25/22 |
| Deadline to hear dispositive motions | 2/21/22 |
| **Pretrial Conference** | **3/7/22** |
| **Jury Trial** | **3/15/22** |

**Discovery completed to date:**

| | |
|---|---|
| Southwest's first set of discovery to Plaintiffs: Interrogatories, Requests for Admissions, Requests for Production of Documents | 10/11/21 |
| Southwest's Initial Disclosures | 11/15/21 |
| Plaintiffs' Initial Disclosures | 11/19/21 |
| Plaintiffs' responses to Southwest's first set of discovery | 11/19/21 |
| Southwest's subpoenas served on third-party providers re Monique Duchetta's medical records and billing | 11/26/21 |
| Depositions of Plaintiffs | 12/10/21 |
| Receipt of medical records from 3 of 4 medical providers; no medical billing and no records or billing from PT provider | 12/13/21 |
| Service of additional follow up subpoenas for medical records and billing | Pending |

Despite these diligent efforts, it has become clear that a trial continuance is necessary in order to allow for a revised stipulated discovery schedule, so that the parties may sufficiently prepare this matter for trial and fairly evaluate the potential for settlement, as well as a potential motion for summary judgment regarding liability. Pursuant to the parties' stipulated Discovery Plan, initial expert disclosures were to be served on December 20, 2021. However, due to the recent receipt of Plaintiff's incomplete medical records, and no billing, the parties have not been able to ascertain and complete necessary discovery to allow for a proper evaluation and retention of expert witnesses.

In addition to follow up subpoenas, the parties anticipate the necessity of taking the deposition of Plaintiff's primary treating orthopedic surgeon, and

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

STIPULATED REQUEST FOR ORDER CONTINUING TRIAL AND ALL RELATED DATES
CASE NO.: 5:21-CV-01435 SVW (SPX)
- 4 -

potentially additional treating physicians and providers. The parties may need the assistance of a medical billing expert which cannot be determined until receipt of the previously subpoenaed medical billing. Additionally, because plaintiff's medical records and billing had not yet been provided or obtained at the time of Plaintiffs' depositions, Southwest has reserved the right to depose Monique Duchetta at a second session after receipt of sufficient records, specifically regarding her claims of ongoing treatment and permanent disability preventing her from ever working in her family's painting business, which has caused the Plaintiffs to close their business.

Additionally, Plaintiff anticipates taking the deposition of one or more flight attendants, whom have not yet been identified, due to no crewmembers having any recollection of this event having occurred.

Due to this outstanding discovery, which necessarily must be completed prior to initial expert designations, and the resulting effect that all subsequent deadlines must be extended to allow the parties sufficient time to prepare for trial in an orderly and cohesive fashion, fairly assess the potential for settlement and evaluate the potential for a motion for summary judgment regarding liability, the parties stipulate that a continuance of no less than 90 days is necessary to accommodate the following proposed Revised Stipulated Discovery Plan:

**Proposed Revised Stipulated Discovery Plan**

| Event | Date |
| --- | --- |
| Initial Designation of Experts | 3/21/22 |
| Designation of Rebuttal Experts | 4/14/22 |
| Fact Discovery Cutoff Date | 4/21/22 |
| Expert Discovery Cutoff Date | 4/21/22 |
| Deadline to file dispositive motions | 4/25/22 |
| Deadline to hear dispositive motions | 5/23/22 |

| **Pretrial Conference** | **7/11/22** |
|---|---|
| **Jury Trial** | **7/19/22** |

As such, the parties respectfully request that the Court continue the Trial Date of March 15, 2022 to July 19, 2022, and continue the Pretrial Conference of March 7, 2022 to July 11, 2022, or to dates thereafter in accordance with the Court's availability.

Jointly submitted,

Dated: December 17, 2021          Respectfully submitted,

By: _____
Richard A. Lazenby
Michael Cutler
Jacqueline D. DeWarr
VICTOR RANE
Attorneys for Defendant
SOUTHWEST AIRLINES CO.

Dated: December 17, 2021          Respectfully submitted,

By: _____
Brett M. Murdock
Attorney for Plaintiffs Monique
Duchetta & Vincent-Marco Duchetta

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

STIPULATED REQUEST FOR ORDER CONTINUING    - 6 -
TRIAL AND ALL RELATED DATES
CASE NO.: 5:21-CV-01435 SVW (SPX)